UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES - SENTENCING

LEXINGTON    Case No. 16-CR-062-DCR    At: LEXINGTON    Date: MARCH 8, 2017

U.S.A. vs. DERIC LOSTUTTER    X present    X OR bond

DOCKET ENTRY: Defendant's Objection No. 3 to the sophisticated means enhancement in the Presentence Report ("PSR") is **OVERRULED**. The Court adopts the findings and guideline calculations set out in the PSR and addenda as well as the Court's findings supporting its determination as to the objection raised by the defendant. The PSR shall be filed in the record under seal. The government's oral motion for a three-level reduction for acceptance credit is **SUSTAINED**. The plea agreement was previously filed in the record and the plea supplement previously returned to the United States to maintain. The government's oral motion to dismiss counts 2-3 is **SUSTAINED** effective upon entry of the Judgment. The parties were advised of their appellate rights.

PRESENT: HON. DANNY C. REEVES, U. S. DISTRICT JUDGE

Lisa Moore          Peggy Weber          Neeraj K. Gupta
Deputy Clerk        Court Reporter       Assistant U.S. Attorney

Tor Ekeland           X present    X retained    __ appointed
Attorney for Defendant

PROCEEDINGS: SENTENCING (non-evidentiary)

 X   Objection to Presentence Report.

 ___ No Objections to Presentence Report.

 X   Transcript shall be deemed as written findings of Court.

 X   Judgment shall be entered (See Judgment & Commitment).

 ___ Court's Advise of Right to Appeal provided to defendant.

 X   Defendant is released pursuant to the Judgment & Commitment Order to be entered.

 ___ Defendant remanded to custody pending designation by the Bureau of Prisons.


Copies: All Counsel - USP - USM                    Initials of Deputy Clerk lkm

| TIC: | 1 | 0 |